

## ATTORNEY GENERAL OF TEXAS

### KEN PAXTON

September 15, 2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 7 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine Clerk
1st Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:   **Chester Dean Brown**          **01-12-01040-CR**

Dear Mr. Prine:

This letter is to request the above referenced appeal file. In order to adequately respond to the above petitioners' complaints, I need the entire appellate files in each cause, including, but not limited to, the following:

1.   Statement of facts for the trial, pre-trial and post-trial hearing;

2.   Transcripts (trial court);

3.   Appellate briefs, appellant's and appellee's initial and responsive or supplementary;

4.   Opinion(s) of the 1st Court of Appeals;

5.   Motion rehearing, if any, and responsive pleadings thereto, if any;

6.   Petition for Discretionary Review;

7.   Briefs filed in connection with Petition for Discretionary Review; and

8.   Opinions or orders of the Court of Criminal Appeals issued Response to the Petition for Discretionary Review.

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WWW.OAG.STATE.TX.US

An Equal Employment Opportunity Employer - Printed on Recycled Paper

Christopher A. Pine, Clerk
1st Court of Appeals
Page Two


These records are needed and therefore you may send them to my attention at the address listed below. If you should have any questions, feel free to call (512) 475-2074.

Thank you for your kind assistance in this matter.

Sincerely,

Khristel L. Samarripa
Administrative Assistant II
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. - 8th Floor
300 W. 15th Street
Austin, TX 78701



THE ATTORNEY GENERAL TEXAS

POST OFFICE BOX 12548
AUSTIN TEXAS 78711-2548

Return Services Requested

neopost
00/18/2015
US POSTAGE $000.48

FIRST CLASS MAIL

ZIP 787
041 M00

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 17 2015

CHRISTOPHER A. PRINE
CLERK

Jesse Rodriguez
1st Court of Appeals
301 Fannin Street
Houston Texas 77002 2066